UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

Petitioner,

v.

SHUO GU,

Respondent.

Case No.  26-mc-80097-SK

**ORDER TO SHOW CAUSE**

Regarding Docket No. 1

Upon the Application filed by Petitioner the Securities and Exchange Commission ("SEC"), the Court HEREBY ORDERS Respondent Shuo Gu ("Respondent") to Show Cause why the SEC's Application should not be granted.  Respondent shall file a response to this OSC by no later than April 30, 2026.  The SEC may file a reply in support of its Application by no later than May 12, 2026.  The Court shall hold a hearing on the SEC's Application and the OSC on June 1, 2026 at 9:30 a.m.

The Court FURTHER ORDERS that the SEC shall serve a copy of its Application and this OSC on Respondent by no later than by no later than April 10, 2026, and file a proof of service by no later than April 14, 2026.

The Court FURTHER ORDERS that both Petitioner and Respondent shall file a "Consent or Declination to Magistrate Judge Jurisdiction"[1] form indicating whether they consent to or decline magistrate judge jurisdiction no later than April 17, 2026.  Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.  Fed. R. Civ. P. 73(b)(2).

---

[1] The form is available at https://cand.uscourts.gov/forms/magistrate-judge-consentdeclination-form.

If the Court does not have consent of both Petitioner and Respondent by April 17, 2026, the Court will order the Clerk to reassign this matter to a district judge.

**IT IS SO ORDERED**.

Dated: April 7, 2026



SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California

2